UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| SAMUEL MILLS and <br> HELEN MILLS, <br>     Plaintiffs, <br> v. <br> ECONOMY PREMIER ASSURANCE COMPANY, <br>     Defendant. | Docket No. 3:14-cv-02367 |

## STIPULATION OF DISMISSAL

Come the parties, by and through their respective counsel of record, and announce to the Court that all matters in controversy by and between them have been resolved and settled. Accordingly, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, plaintiffs and defendant jointly move for an Order dismissing all of the plaintiffs' claims against defendant Economy Premier Assurance Company with prejudice.

Respectfully submitted this 2nd day of March, 2016.

                                              LEITNER, WILLIAMS, DOOLEY,
                                                &NAPOLITAN, PLLC

                          BY:   /s/ Joshua A. Wolfe
                                  JOSHUA A. WOLFE (BPR #23101)
                                  Attorneys for Defendant
                                  900 South Gay Street
                                  Suite 1800 – Riverview Tower
                                  Knoxville, Tennessee 37902
                                  (865) 523-0404

SMITH, KLING & THOMPSON, P.A.

By: s/ Thomas W. Thompson
THOMAS W. THOMPSON
Attorneys for Plaintiffs
4725 North Lois Avenue
Tampa, Florida 33614-7046
(813) 254-1800